UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

CARMIE RONATA BURNETT,  Case No. 1:25-cv-00267

      Plaintiff,  Hon. Hala Y. Jarbou
                                                    Chief U.S. District Judge

v.

DELTA AIRLINES, INC., et al.,

      Defendants.
_____/

## REPORT AND RECOMMENDATION

On April 2, 2025, this Court issued an order denying Plaintiff Carmie Ronata Burnett's application to proceed *in forma pauperis* and required her to pay the $405.00 filing within 30 days. (ECF No. 9.) The order warned Plaintiff that "[f]ailure to pay the filing fee within thirty days will result in a recommendation that this case should be dismissed for failure to prosecute." (*Id.*, PageID.82.) More than 30 days have elapsed. Plaintiff has failed to pay the filing fee.

Accordingly, it is recommended that the Court dismiss this case without prejudice for lack of prosecution.

Dated:  May 16, 2025  /s/ *Maarten Vermaat*
                                                                                    MAARTEN VERMAAT
                                                                                    U.S. MAGISTRATE JUDGE

## **NOTICE TO PARTIES**

     Any objections to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you.   28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).   All objections and responses to objections are governed by W.D. Mich. LCivR 72.3(b).   Failure to file timely objections may constitute a waiver of any further right of appeal.  *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *see Thomas v. Arn*, 474 U.S. 140 (1985).