UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARMIE RONATA BURNETT,

    Plaintiff,

v.

    Case No. 1:25-cv-267

    Hon. Hala Y. Jarbou

DELTA AIRLINES, INC., et al.,

    Defendants.

_____/

## ORDER

On May 16, 2025, Magistrate Judge Vermaat issued a Report and Recommendation (R&R) recommending that Plaintiff's claims be dismissed for want of prosecution (ECF No. 12). The Court was unable to serve the R&R on Plaintiff because mail could not be delivered to her address, and there is no forwarding address on file (ECF No. 13). On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Plaintiff failed to pay the filing fee within thirty days of the Court's order notifying her of that requirement (ECF No. 9). Additionally, "[f]ailure of a plaintiff to keep the court apprised of a current address shall be grounds for dismissal for want of prosecution." W.D. Mich. LCivR 41.1.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court, supplemented by the additional reasoning outlined above.

A judgment will issue in accordance with this order.

Dated: June 4, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE